AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Middle | District of | Alabama |
|---|---|---|

Mitchell Bracknell

V.

The City of Montgomery, Alabama

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

2:06CV 268 - D

TO: (Name and address of Defendant)

City Clerk
City of Montgomery, Alabama
104 North Perry St.
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Scott Hooper
The Hooper Law Firm, PC
P.O. Box 230894
Montgomery, AL 36123-0894

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

3.23.06

CLERK                                                DATE

(By) DEPUTY CLERK

AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3-23-06 |

| | TITLE |
|---|---|
| NAME OF SERVER *(PRINT)* | *Private Process Server* |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant.  Place where served: *104 N. Perry St. Montgomery, AL 36104*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  **3-23-06**  _____
          Date                 Signature of Server

*4220 Carmichael CT N*
Address of Server *Montgomery, AL 36106*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.