**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,**
NORTHERN DIVISION

| | |
|---|---|
| MITCHELL BRACKNELL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE CITY OF MONTGOMERY, a municipality; UNKNOWN POLICEMAN, an individual; and A-Z,<br><br>　　　　Defendant | )　Case No.: 2:06-CV-268-D<br>)<br>)　**CITY OF MONTGOMERY'S PARTIAL**<br>)　**ANSWER**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

COMES NOW the City of Montgomery, by and through undersigned counsel, and, in answer to items twenty-nine through thirty-three under Count V of the Complaint (*Doc.* 1), says as follows:

1. The City of Montgomery denies the material allegations set forth in items twenty-nine, thirty, thirty-one, thirty-two, and thirty-three under Count V of the Complaint and demands strict proof thereof.

2. The City of Montgomery avers that it has filed herewith motions for either more definite statements or to dismiss the remaining counts of the Complaint.

Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Wallace D. Mills
　　　　　　　　　　　　　　　　　　Wallace D. Mills (MIL 090),
　　　　　　　　　　　　　　　　　　Attorney for the City of Montgomery

OF COUNSEL:
City of Montgomery Attorney's Office
P.O. Box 1111
Montgomery, AL 36101-1111
Phone: (334) 241-2050
Fax: (334) 241-2310

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on the 11th day of April, 2006, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

    J. Scott Hooper
    The Hooper Law Firm, P.C.
    P.O. Box 230894
    Montgomery, AL 36123-0894

and I hereby certify that I have also mailed by United States Postal Service the document to the above-named non-CM/ECF participants:

    J. Scott Hooper
    The Hooper Law Firm, P.C.
    P.O. Box 230894
    Montgomery, AL 36123-0894

                                          /s/ Wallace D. Mills
                                          OF COUNSEL