IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MITCHELL BRACKNELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. 2:06cv268-ID |
| THE CITY OF MONTGOMERY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon CONSIDERATION of the City of Montgomery's motions for more definite statement and to dismiss, filed April 11, 2006, it is ORDERED that Plaintiff show cause, if any there be, on or before April 26, 2006, why said motion should not be granted.

DONE this 11th day of April, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE