# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA,
### NORTHERN DIVISION

| | |
|---|---|
| MITCHELL BRACKNELL, ) | Case No.: 2:06-CV-268-D |
| ) | |
| Plaintiff, ) | **CITY OF MONTGOMERY'S ANSWER** |
| ) | **TO AMENDED COMPLAINT** |
| ) | |
| vs. ) | |
| ) | |
| THE CITY OF MONTGOMERY, a ) | |
| municipality; UNKNOWN POLICEMAN, an ) | |
| individual; and A-Z, ) | |
| ) | |
| Defendant ) | |

COMES NOW the City of Montgomery, by and through undersigned counsel, and, in answer the Amended Complaint, says as follows:

## ANSWER

1.  The City of Montgomery admits that the United States District Court for the Middle District of Alabama, Northern Division, has jurisdiction over the claims pled and that venue is proper.  The City of Montgomery denies all other material allegations contained in item one of the Amended Complaint and demands strict proof thereof.

2.  The City of Montgomery admits that the facts made the basis of the claims contained in the Amended Complaint occurred within Montgomery County, Alabama.  The City of Montgomery denies all other material allegations contained in item two of the Amended Complaint and demands strict proof thereof.

3.  The City of Montgomery is without sufficient information to admit or deny the allegations contained in item three of the Amended Complaint and, therefore, deny the said allegations and demand strict proof thereof.

4.  The City of Montgomery denies the material allegations contained in item four of the Amended Complaint and demands strict proof thereof.

5.  The City of Montgomery admits that it is a municipality duly organized and existing under the laws of the State of Alabama.  The City of Montgomery denies all other material allegations contained in item five of the Amended Complaint and demands strict proof thereof.

6.  The City of Montgomery denies the material allegations contained in item six of the Amended Complaint and demands strict proof thereof.

7.  The City of Montgomery denies the material allegations contained in item seven of the Amended Complaint and demands strict proof thereof.

8.  The City of Montgomery denies the material allegations contained in item eight of the Amended Complaint and demands strict proof thereof.

9.  The City of Montgomery denies the material allegations contained in item nine of the Amended Complaint and demands strict proof thereof.

10.  The City of Montgomery denies the material allegations contained in item ten of the Amended Complaint and demands strict proof thereof.

11.  The City of Montgomery denies the material allegations contained in item eleven of the Amended Complaint and demands strict proof thereof.

12.  The City of Montgomery denies the material allegations contained in item twelve of the Amended Complaint and demands strict proof thereof.

13.  The City of Montgomery denies the material allegations contained in item thirteen of the Amended Complaint and demands strict proof thereof.

14.  The City of Montgomery denies the material allegations contained in item fourteen of the Amended Complaint and demands strict proof thereof.

15.  The City of Montgomery denies the material allegations contained in item fifteen of the Amended Complaint and demands strict proof thereof.

16.  The City of Montgomery denies the material allegations contained in item sixteen of the Amended Complaint and demands strict proof thereof.

17.  The City of Montgomery denies the material allegations contained in item seventeen of the Amended Complaint and demands strict proof thereof.

18.  The City of Montgomery denies the material allegations contained in item eighteen of the Amended Complaint and demands strict proof thereof.

19.  The City of Montgomery denies the material allegations contained in item nineteen of the Amended Complaint and demands strict proof thereof.

20. The City of Montgomery denies the material allegations contained in item twenty of the Amended Complaint and demands strict proof thereof.

21.  The City of Montgomery denies the material allegations contained in item twenty-one of the Amended Complaint and demands strict proof thereof.

22.  The City of Montgomery denies the material allegations contained in item twenty-two of the Amended Complaint and demands strict proof thereof.

23.  The City of Montgomery denies the material allegations contained in item twenty-three of the Amended Complaint and demands strict proof thereof.

24.  The City of Montgomery denies the material allegations contained in item twenty-four of the Amended Complaint and demands strict proof thereof.

25.  The City of Montgomery denies the material allegations contained in item twenty-five of the Amended Complaint and demands strict proof thereof.

26.  The City of Montgomery denies the material allegations contained in item twenty-six of the Amended Complaint and demands strict proof thereof.

27.  The City of Montgomery denies the material allegations contained in item twenty-seven of the Amended Complaint and demands strict proof thereof.

28.  The City of Montgomery denies the material allegations contained in item twenty-eight of the Amended Complaint and demands strict proof thereof.

29.  The City of Montgomery denies the material allegations contained in item twenty-nine of the Amended Complaint and demands strict proof thereof.

30.  The City of Montgomery denies the material allegations contained in item thirty of the Amended Complaint and demands strict proof thereof.

31.  The City of Montgomery denies that the plaintiff is entitled to the relief set out in his prayer for relief and demands strict proof thereof.

## AFFIRMATIVE DEFENSES

1.  The City of Montgomery avers that it is entitled to qualified immunity on the federal claims made against it.

2.  The City of Montgomery avers that it is entitled to the discretionary function immunity embodied in §6-5-338 of the Alabama Code on the state law claims alleged against it.

3.  The City avers and invokes the defense of contributory negligence.

4.  The City of Montgomery avers and invokes the defense of assumption of the risk.

Respectfully submitted,

/s/ Wallace D. Mills
Wallace D. Mills (MIL 090),
Attorney for the City of Montgomery


OF COUNSEL:
City of Montgomery Attorney's Office
P.O. Box 1111
Montgomery, AL 36101-1111
Phone: (334) 241-2050
Fax: (334) 241-2310

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April, 2006, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

J. Scott Hooper
The Hooper Law Firm, P.C.
P.O. Box 230894
Montgomery, AL 36123-0894


and I hereby certify that I have also mailed by United States Postal Service the document to the above-named non-CM/ECF participants:

J. Scott Hooper
The Hooper Law Firm, P.C.
P.O. Box 230894
Montgomery, AL 36123-0894

/s/ Wallace D. Mills
OF COUNSEL