IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MITCHELL BRACKNELL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 2:06cv268-ID |
| THE CITY OF MONTGOMERY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Before the court is Defendant City of Montgomery's ("Defendant") motions for more definite statement and to dismiss ("motions"), filed April 11, 2006. (Doc. No. 4.) Plaintiff Mitchell Bracknell ("Plaintiff") responded to Defendant's motions by filing an amended complaint on April 26, 2006 (Doc. No. 7), which the court construes as containing a motion to amend the complaint. See Fed. R. Civ. P. 15(a). Because Defendant filed an answer to the amended complaint on April 28, 2006, (Doc. No. 9), rather than invoke Rule 12 defenses, see Fed. R. Civ. P. 12, or otherwise object, the court deems the issues previously raised in Defendant's motions to have been resolved by Plaintiff's filing of an amended complaint.

Accordingly, it is CONSIDERED and ORDERED as follows:

(1) Plaintiff's motion to amend the complaint be and the same is hereby GRANTED; and

(2) Defendant's motions be and the same are hereby DENIED as moot in light of Plaintiff's filing of an amended complaint.

DONE this 3rd day of May, 2006.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE