### IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| **MITCHELL BRACKNELL** ) | |
| ) | |
| **PLAINTIFF** ) | |
| ) | |
| **VS** ) | **CASE NO. 2:06 CV 268-D** |
| ) | |
| **THE CITY OF MONTGOMERY** ) | |
| **ALABAMA**; A MUNICIPALITY; UNKNOWN ) | |
| POLICEMAN; AN INDIVIDUAL; AND A-Z THE ) | |
| PERSON, FIRM, OR CORPORATION WHOSE ) | |
| NAMES AND ADDRESSES ARE UNKNOWN TO ) | |
| THE PLAINTIFF AT THIS TIME BUT ARE ) | |
| LIABLE TO THE PLAINTIFF FOR THE ) | |
| CLAIMS MADE HEREIN AND WILL BE ADDED ) | |
| BY AMENDMENT WHEN ASCERTAINED BY ) | |
| THE PLAINTIFF ) | |
| ) | |
| **DEFENDANTS** ) | |

### MOTION TO CHANGE TRIAL TERM

COME NOW the undersigned counsel for all parties and move this Honorable Court to reset the trial of this matter to its February 26, 2007 trial term, and in support thereof, show as follows:

1. That all parties to the case have consented to the Magistrate Judges handling this matter through trial;

2. That the Report of Parties Planning Meeting initially requested a trial time in May, 2007;

3. That all parties have agreed that the issues in this case are limited such that an expansive discovery process shall not be needed and that the case can be moved fairly quickly;

4.	That all parties wish to have this Court set an earlier trial date.

WHEREFORE, the above premises considered, the undersigned counsel jointly requests this Court to reset this trial and all appropriate deadlines and cut-offs previously set by scheduling order to the February 26, 2007 trial term.

/s/ John Scott Hooper
John Scott Hooper ASB-5359-P72J
Attorney for Plaintiff

OF COUNSEL:
The Hooper Law Firm, PC
P. O. Box 230894
Montgomery, AL  36123-0894
TEL:  (334) 271-1555
FAX: (334) 271-1552

/s/ Wallace D. Mills
Wallace D. Mills (MIL 090),
Attorney for the Defendants

OF COUNSEL:
Legal Department
City of Montgomery
P. O. Box 1111
Montgomery, AL 36101-1111
TEL: (334) 241-2050
FAX: (334) 241-2310

## CERTIFICATE OF SERVICE

      I hereby certify that on the 8th day of June, 2006, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

J. Scott Hooper

and I hereby certify that I have also mailed by United States Postal Service the document to the above-named non-CM/ECF participants:

J. Scott Hooper  
The Hooper Law Firm, P.C.  
P.O. Box 230894  
Montgomery, AL 36123-0894

                                          /s/ Wallace D. Mills  
                                          OF COUNSEL