IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MITCHELL BRACKNELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06CV268-VPM |
| ) | [WO] |
| THE CITY OF MONTGOMERY, ) | |
| ) | |
| Defendants. ) | |

## ORDER ON MOTION

For good cause, it is

ORDERED that the parties' Motion To Change Trial Term, filed on 8 June 2006 (Doc. # 16), is GRANTED. By separate Rule 16 Order, the court has established a new schedule.

DONE this 22nd day of June, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE