IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MITCHELL BRANCKNELL, | * |
| | * |
|    Plaintiff, | * |
| | * |
| v. | *   Civil Case No.-2:06-CV-268-D |
| | * |
| CITY OF MONTGOMERY, | * |
| ALABAMA, et al., | * |
| | * |
|    Defendants. | * |

NOTICE OF APPEARANCE

COMES NOW, Priscilla Black Duncan, and notifies this Honorable Court of her appearance in this case as one of the attorneys for Don Favor, defendant.

Respectfully submitted,

s/s Priscilla Black Duncan
Priscilla Black Duncan (ASB 4706 D65P)

P.B. Duncan & Associates, LLC
472 S. Lawrence, Suite 204
Montgomery AL 36104

(334) 264-9679
(334) 264-9643 FAX
helzphar@mindspring.com

Certificate of Service

Notice will be provided to all attorneys of record in this matter by electronic means through the CMS/ECF system.

s/s  Priscilla Black Duncan

jshooper@knology.net
wmills@ci.montgomery.al.us