IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MITCHELL BRACKNELL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| VS ) | **CASE NO. 2:06 CV 268-D** |
| ) | |
| **CITY OF MONTGOMERY** ) | |
| **AND** ) | |
| **OFFICER DON FAVOR,** ) | |
| ) | |
| **Defendants.** ) | |

### NOTICE OF SERVICE OF DISCOVERY

COME NOW, the Defendants, City of Montgomery and Office Don Favor, and give notice that on this 12th day of October, 2006, the following discovery was served upon counsel for the Plaintiff:

    1.    Defendants' Response to Plaintiff's Request for Production of Documents.

Respectfully submitted, this 12th day of October, 2006.

                                       /s/Wallace D. Mills
                                       Wallace D. Mills (MIL 090)

**OF COUNSEL:**
Legal Department
City of Montgomery
Post Office Box 1111
Montgomery, Alabama  36101-1111
(334) 241-2050
(334) 241-2310 (fax)

## CERTIFICATE OF SERVICE

      I hereby certify that on the 12th day of October, 2006, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

J. Scott Hooper

and I hereby certify that I have also mailed by United States Postal Service the document to the above-named non-CM/ECF participants:

J. Scott Hooper
The Hooper Law Firm, P.C.
P.O. Box 230894
Montgomery, AL 36123-0894

                                            /s/ Wallace D. Mills
                                            OF COUNSEL