**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION**

| | |
|---|---|
| MITCHELL BRACKNELL,  ) | Case No.: 2:06-CV-268 |
| ) | |
| Plaintiff,  ) | **MOTION FOR SUMMARY JUDGMENT** |
| ) | |
| vs.  ) | |
| THE CITY OF MONTGOMERY,  ) | |
| ALABAMA; and Offier DON FAVOR, in his  ) | |
| individual capacity;,  ) | |
| ) | |
| Defendant  ) | |
| ) | |

COME NOW the City of Montgomery and William D. Favor, Defendants in the above-styled action, by and through undersigned counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and move this Honorable Court to enter summary judgment in their favor, based on the facts and grounds set forth in the Brief in Support of the Motion for Summary Judgment, which is filed herewith and incorporated by reference hereinto.

Defendants submit, pursuant to the law, that there are no genuine issues as to any material facts, and that they are entitled to a judgment as a matter of law. Defendants further submit that Plaintiff has failed to present evidence in support of some elements of their case on which they bear the ultimate burden of proof.

In support of the Motion for Summary Judgment, the defendants submit the following:

1. The City of Montgomery's and William D. Favor's Answer to Amended Complaint (Doc. No. 7-1)

2. Defendant's Brief in Support of Defendants' Motion for Summary Judgment with Affidavits attached thereto as Exhibits A and B.

To the extent allowable by the Court, Defendant reserves the right to supplement this motion.

Respectfully submitted,

/s/ Wallace D. Mills
Wallace D. Mills (MIL 090)
Attorney for Defendants

OF COUNSEL:
City of Montgomery Attorney's Office
P.O. Box 1111
Montgomery, AL 36101-1111
Phone: (334) 241-2050
Fax: (334) 241-2310

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of October, 2006, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

J. Scott Hooper
The Hooper Law Firm, P.C.
P.O. Box 230894
Montgomery, AL 36123-0894

and I hereby certify that I have also mailed by United States Postal Service the document to the above-named non-CM/ECF participants:

/s/Wallace D. Mills
Of Counsel