

EXHIBIT
A

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| MITCHELL BRACKNELL | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| VS | ) | CASE NO. 2:06 CV 268-D |
| | ) | |
| THE CITY OF MONTGOMERY | ) | |
| ALABAMA; A MUNICIPALITY; UNKNOWN | ) | |
| POLICEMAN; AN INDIVIDUAL; AND A-Z | ) | |
| THE PERSON, FIRM, OR CORPORATION | ) | AFFIDAVIT OF |
| WHOSE NAMES AND ADDRESSES ARE | ) | WILLIAM D. FAVOR |
| UNKNOWN TO THE PLAINTIFF AT THIS | ) | |
| TIME BUT ARE LIABLE TO THE PLAINTIFF | ) | |
| FOR THE CLAIMS MADE HEREIN AND | ) | |
| WILL BE ADDED BY AMENDMENT WHEN | ) | |
| ASCERTAINED BY THE PLAINTIFF | ) | |

DEFENDANTS.

STATE OF ALABAMA

COUNTY OF MONTGOMERY

In person appeared before the undersigned officer, duly authorized to administer oaths, Sergeant William D. Favor, who, after being duly sworn, states under oath as follows:

1. I have personal knowledge of the facts set forth in this affidavit and am competent to testify to the matters set forth herein.

2. I have reviewed the transcript of a taped interview given by me to Corporal Lynn L. Sutton of the Alabama Bureau of Investigation on February 25, 2006, a copy of which is attached hereto.

3. I hereby certify that the said transcript is a true and accurate transcript of the interview given by me on the said date and I hereby swear to and incorporate all of

my statements made therein and into this affidavit by reference as if that transcript was included herein in full.

    4.    Further, the affiant saith not.

_____
Sergeant William D. Favor

STATE OF ALABAMA

COUNTY OF MONTGOMERY

I, the undersigned notary public in and for said county in said state, hereby certify that William D. Favor, whose name is signed to the foregoing affidavit, and who is known to me, after being fully informed of the contents of the instrument, signed and executed the same voluntarily after first being duly sworn by me on the date set forth below.

GIVEN under my hand and official seal, this 25th day of October, 2006.

_____
NOTARY PUBLIC

My Commission Expires: 10/16/09

Taped Interview
of
Sgt. W. D. FAVOR
on
February 25, 2006

PROPERTY OF
ALABAMA BUREAU OF INVESTIGATION

COPY TO

1

SUTTON: This is Corporal Lynn Sutton with the Alabama Bureau of Investigation. Today is February the 26th, correction, February the 25th, 2006, on a Saturday. The time is 9:30 p.m. I am presently at the Montgomery Police Department conducting an interview with Sgt. W. D. Favor in reference to a shooting incident that happened in the city of Montgomery. Present during this interview is Officer Favor... Sgt. Favor. He is represented by counsel, Ms. Phyllis Duncan.

DUNCAN: Pricilla.

SUTTON: Correction. Pricilla Duncan, and Montgomery Police Corporal Detective (talking together). Can you spell you last name for me please?

NAQUIN: N A Q U I N.

SUTTON: Okay. Sgt. Favor, earlier tonight, while you were on duty, you received a call to respond to 649 Chisholm Street. Is that correct?

FAVOR: An, one of my units received a call to 649 Chisholm Street. I got on the air and told them I would be in route to back up.

SUTTON: Were you the first officer on the ....at 649 Chisholm?

FAVOR: Yes, I was.

SUTTON: Can you tell me what happened when you got to that address?

FAVOR: As I arrived at the residence, I stopped my vehicle. As I began to open the door, a white, possibly Asian female, exited the front ah..... she was either white or Asian. At this point, I'm not sure. Ah..... exited the front door of the residence and she was yelling ah... get him, get him. Don't let him get away. At that time, a white male exited the front door of the .. of the residence. She yelled, that's Mitchell. He exited and ran to the, to the right side of the residence, facing it, and down the driveway towards the back. She was yelling at me as I tried to chase after him. She was yelling, don't let him get away, don't let him get away. AH, as he got into the back yard of the residence, he slipped and fell, jumped back up and jumped the back fence. I arrived at the back fence, and with my light on him, was watching which way he was going. Ah, the female came up on my side and was yelling, no, don't let him get away, don't let him get away. He'll come back,

1

ALABAMA BUREAU OF INVESTIGATION
COPY TO
FURNISHED BY
DATE

he'll come back. I know he's going to come back. You're going to let him get away. He's going to come back. Ah.... at that time I turned and ran back to my patrol vehicle. As I watched him run towards the townhouse area on Coliseum Blvd., the 1600 block. I ah... got back into my patrol vehicle, went around, there was another vehicle.. patrol unit that arrived the same time as I did. Pretty well right behind me. I don't know who that was and I just, by the time I got to my patrol vehicle, they had got into their vehicle, I believe, and went around. I went around... we.. I saw two or three patrol cars around, which I relayed what I thought I was relaying ah... the position of which... where he's going. I heard another unit on the air say that he's went towards some townhouses and such. Ah, my radio was on Detective 1, and I was scanning channel 1 and so, when I keyed up, I wasn't transmitting on channel 1, I was transmitting on Detective 1. I had switched over earlier with a unit about a call to talk to detectives and I had forgotten and left it on. Went around the Coliseum Blvd. Went down, I think that's East Park, is the next street. I'm not sure. Ah.... went in there, came out. Went down to Sonic, went around Sonic, came back. Came back to ah... the 1600 block of Coliseum Blvd., parked, cause I was thinking the last time I actually saw him, he was approaching the back of the ah.... townhouses. I parked. I got out. I was raining hard. I had my flashlight in my hand and I went down the apartments. I had parked my vehicle near, I believe, what I believed to be East Park Avenue, which is the next street down from Chisholm to the north. I parked my vehicle in a parking space, or parking lot in front of a apartment building. I got out. I walked down. As I approached the first alley way, that cuts behind the apartments, or the townhouses that is. As I approached it, I swung wide to the left and there was a row of bushes that are on the side of the house that were close to where I swinging to. I was shining my light, and I had pulled my weapon, had it down by my side, and I was looking down the alley towards the back and as I walked down beside the bushes approximately two to three feet from the bushes, I caught something out of my peripheral vision on my ah.. left side. I swung my light, and I saw the subject laying behind a bush that was about a little over waist high. He was laying on side, his right hand out pointing what I thought towards me, and what I saw was a barrel of a silver hand gun pointed at me from a very short distance. I pulled my weapon up, fired and faded off all at same time. And went around the other side of the bush pointing my weapon into it, and he yelled, he.... Well, don't shoot. I'm not... I don't have a gun. Then he yelled... I'm...you shot me. That's when he set up and kind of slid back towards the west end of the bushes and I told him to come out, come out, and I got him by the shirt and pulled him about two feet in front of the bushes and I laid, he laid on his back and I noticed.. I saw blood on his shirt. I told him, stay there. I backed up to the front of the building where I could see the numbers. I got on the radio and I called in the numbers. Before I even backed up I may have even called 10-33, got a subject shot. I'm not sure. I backed up and I called ... called in the numbers and walked back towards him and I saw him laying there and he didn't have anything in his hands at that point. And I saw his .. bleeding from his neck. I holstered my weapon and I grabbed his neck to stop the bleeding, and I held it on it for a while.

2

SUTTON:    Are you left handed? Or right handed?

FAVOR:     Yes. I'm left handed.

SUTTON:    Left handed?

FAVOR:     And ah, the medics, you know, I was trying to get a medic.

SUTTON:    You want to stop for a while?

FAVOR:     No, it's alright. But ah, finally the medics came. And ah, two officers were there and started looking into the bushes cause I said... well I kept asking him, what did you have in your hand? You know, you kept saying I didn't have a gun. He was talking to me and said he didn't have a gun. I said what did you have in your hand there. He said he didn't have anything in his hand, so two of the officers that walked up, had started to look in the bushes and I just said, y'all don't .. y'all leave it alone and let the ETs.... They'll look at it. And they backed away. I told them to set up a perimeter and they... I noticed they were stringing tape up and I was holding his neck until the medics got there. When the medics got there and ah, after they got an IV started, I let my hand off and they got ...they applied pressure to the neck and...that's basically it.

SUTTON:    Had you ever been to 649 Chisholm Street before on a call that you can recall?

FAVOR:     No. Not that I can recall.

SUTTON:    Ah, when this female was saying to you, that's Michael, don't let him, don't' let him get away. Did you know who that was?

FAVOR:     It's Mitchell.

SUTTON:    Mitchell, I'm sorry.

FAVOR:     Yeah, Mitchell Bracknell, he's well known. Him and his brothers, they have committed numerous offenses in the Montgomery area over several years. I don't believe I've ever arrested him but once myself and that's when I was in patrol, maybe eight years ago. I think it was on a burglary in front of .... Kmart Atlanta Highway. That's about the only time I can remember having contact with him.

SUTTON:    That's the only time you can recall arresting him?

FAVOR:     I may not have even arrested him then, but I remember having contact with him at that time so...

3

SUTTON: Did you know who he was when she was telling you who it was running out of the house?

FAVOR: Yes I did. Yes, I knew who it was.

SUTTON: Okay. Ah.... had you had contact with his brother recently?

FAVOR: There had been a Bracknell who had robbed a Subway.. robbed his wife who worked at the Subway, at Subway, of the Subway's money on Dalreida Road, approximately a month and a half ago.

SUTTON: Did you work that case?

FAVOR: It was given to me. I didn't work it. I gave it back to Detective Rucker because it was already... they had already made an arrest on it and...they.. I hadn't done any work to it. I hadn't talked to anybody, so I just simple gave it back to him.

SUTTON: Did you have a suspect in that case?

FAVOR: Yeah, there was a suspect in that case.

SUTTON: And who, do you remember who that was?

FAVOR: Ah, at the time, I thought it was Mitchell Bracknell. Ah, but ah, it's .. according to his computer, Richard Lee Bracknell.

SUTTON: Did you know that during this time when you were looking for this subject?

FAVOR: No, I didn't.

SUTTON: That he was Mitchell and the subject that you had worked the case on was Richard?

FAVOR: I didn't actually work the case, but it was Detective Rucker, someone... someone had said that Mitchell Bracknell was the one.

SUTTON: Okay. When she was telling you who he was, did you associate this name with the Subway? With the robbery at the Subway?

FAVOR: Yes, at the time I did.

SUTTON: Okay.

NAQUIN: Don, you responded to the call to back up patrol units. Explain to the ABI investigator the MDT traffic that you received that associated the address with the name.

4

FAVOR: The... as I was in route, the MDT traffic....

SUTTON: Okay, tell me what that is.

FAVOR: MDT is a computer that's in the car that gives you the call.

PROPERTY OF ALABAMA BUREAU OF INVESTIGATION

SUTTON: Okay.

FAVOR: Ah, the dispatch had sent a ... details of the call and, which listed ah.. Mitchell Bracknell... Mitchell Bracknell... Mitchell Bracknell... then it said, ah, subject stabbed and cut. I called them back, I said, asked was there a cutting or a stabbing or a cutting on this call, cause she had said it was a subject on the phone whispering. And ah, they said they didn't have anything about that, but it was on my MDT and it had... I looked down again, it said a date of 2-12 of 06, so I, then I got.. I looked, I said, it's possibly a prior offense that's on the screen. So, ah, I suspected that at that point it was a domestic between a female who was whispering on the phone with Mitchell Bracknell.

SUTTON: Okay. Ah... you were walking....

FAVOR: Someone else on the way to there got on the air and said that he had thought that he had outstanding assault warrants on him. I'm not sure which officer had got on there.

SUTTON: Okay.

FAVOR: It wasn't verified at that point.

SUTTON: When you were walking, walking down and... is this the first alley way...that you went down?

FAVOR: It's the first alley way that I came to, yes.

SUTTON: Okay. Ah, and he was laying up against the wall of the other apartment?

FAVOR: He was lying against the wall on his side, on his .. on his right side. He was lying against the wall on his right side behind a large or two large bushes there. A large bush. And his, what was protruding in between a space of two feet between two bushes, was .. where he was up on his arms sort of, up on his... just up a little bit. And you could see the side of his face, his shoulder, and his arm, and what I thought to be a weapon.

SUTTON: Do you know whether or not he had a hat on at that point? Did you see a?

5

| | |
|---|---|
| FAVOR: | He had a hat on when he was running away from me. I don't know if he had the hat on his head then. I don't remember... I just don't recall at this time. |
| SUTTON: | Okay. Do you recall how much light is in that alley way? When you were walking... I know its... |
| FAVOR: | There.......there wasn't a lot of light. It was raining hard at the time, and I had my stream light ah.... flashlight, in my right hand, and I was using it for light. I don't recall if it... I don't believe there was a street light was shining in there. I don't.. I couldn't see that... see that. I don't remember it being well lit, but it wasn't well lit. |
| SUTTON: | Were you the only .. were you the only officer in the alley way at this time? |
| FAVOR: | Yes. I heard... I saw... when I parked my vehicle, I saw other... two other units go down East Park Avenue and go up a street or so around there cutting, trying to cut... his...his path off around there. |
| SUTTON: | But you were the only one that was actually walking through the ... through the alley way. |
| FAVOR: | Yes.... I parked in.... I ... the last time I saw him, he had jumped several fences, and was going that direction. |
| SUTTON: | Do you have any questions? |
| NAQUIN: | No. |
| SUTTON: | Well Sgt. Favor, I think that's all the questions that we have right now. We're going to conclude the interview. Our time is 9:45 p.m. |

PROPERTY OF ALABAMA BUREAU OF INVESTIGATION
COPY TO
FURNISHED
DATE

6