

EXHIBIT
B

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MITCHELL BRACKNELL ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| VS ) | CASE NO. 2:06 CV 268-D |
| ) | |
| THE CITY OF MONTGOMERY ) | |
| ALABAMA; A MUNICIPALITY; UNKNOWN ) | |
| POLICEMAN; AN INDIVIDUAL; AND A-Z ) | |
| THE PERSON, FIRM, OR CORPORATION ) | |
| WHOSE NAMES AND ADDRESSES ARE ) | AFFIDAVIT OF CORPORAL |
| UNKNOWN TO THE PLAINTIFF AT THIS ) | LYNN L. SUTTON |
| TIME BUT ARE LIABLE TO THE PLAINTIFF ) | |
| FOR THE CLAIMS MADE HEREIN AND ) | |
| WILL BE ADDED BY AMENDMENT WHEN ) | |
| ASCERTAINED BY THE PLAINTIFF ) | |

DEFENDANTS.

STATE OF ALABAMA

COUNTY OF MONTGOMERY

In person appeared before the undersigned officer, duly authorized to administer oaths, Corporal Lynn L. Sutton, who, after being duly sworn, states under oath as follows:

1.  I am a corporal with the Alabama Bureau of Investigation and through my investigation of the shooting of Mitchell Bracknell by Sergeant William D. Favor, have personal knowledge of the facts set forth in this affidavit. I am an adult resident citizen of the state of Alabama and am competent to testify to the matters set forth herein.

2.  On February 25, 2006, I was assigned to investigate the shooting of Mitchell Bracknell by Sergeant William D. Favor. On that date, I conducted an interview

with Sergeant William D. Favor at headquarters for the Montgomery Police Department at approximately 9:30 p.m.

    3.    Two days later, on February 27, 2006, I conducted an interview with Mitchell Bracknell at Baptist Hospital in room 423 at 4:45 p.m. I have reviewed the transcript attached hereto as exhibit "A" and hereby swear and affirm that it is a true and correct transcript of the statements made to me by Mitchell Bracknell on the said day and time.

    4.    I hereby incorporate the statements made in that interview and which are contained in that transcript into this affidavit by reference as if they were fully set out herein, and swear and affirm that the statements made by Mitchell Bracknell and myself were made as they are represented therein.

    5.    Further, the affiant saith not.

                                          _____
                                          Corporal Lynn L. Sutton

STATE OF ALABAMA

COUNTY OF MONTGOMERY

    I, the undersigned notary public in and for said county in said state, hereby certify that Corporal Lynn L. Sutton, whose name is signed to the foregoing affidavit, and who is known to me, after being fully informed of the contents of the instrument, signed and executed the same voluntarily after first being duly sworn by me on the date set forth below.

    GIVEN under my hand and official seal, this 25th day of October, 2006.

_____
NOTARY PUBLIC

My Commission Expires: 10/16/09

Taped Interview
Of
MITCHELL BRACKNELL
On
February 27, 2006

SUTTON: This is ABI Corporal Lynn L. Sutton. Today's date is Monday, February 27th, 2006. The time is 4:45 p.m. I'm at Baptist South Hospital in Room 423 conducting an interview with Mitchell Bracknell. Present during the interview is ABI Agent Matt Bowman. Mr. Bracknell, can you spell your last name for me please? Your last name please.

BRACKNELL: B R A C K N E L L.

SUTTON: And I've discussed with you while I'm here, while I'm today. Is that, is that correct?

BRACKNELL: Yes ma'am.

SUTTON: Can you tell me what happened on Saturday? Starting, let's start with ah, all day Saturday. What did you do Saturday? Saturday morning?

BRACKNELL: I woke up and my wife wanted to go to her sister house, so I watched the kids all day. And she got home.

SUTTON: When you say your wife, what's your wife's name?

BRACKNELL: Bee Bee Detamphayvanh.

SUTTON: Can you spell her last name for me?

BRACKNELL: D E T A M P H A Y V A N H.

SUTTON: Do you live in the house with her?

BRACKNELL: Yes ma'am.

SUTTON: And what is that address?

BRACKNELL: 649 Chisholm Street.

SUTTON: Okay, and once she got home from sitting with her sister, what did you do?

1

BRACKNELL: I told her I was going to a party at the Embassy Suites and she got mad cause I told her she couldn't go and then, she called the police. When I seen the police got there, I started running.

SUTTON: What time was this? Do you .. do you remember?

BRACKNELL: It had to be about six something. Six something. And I ran .. the police started chasing me and I lost him for a minute. I jumped in some bushes by some townhouses and I hid there for about five minutes and then I seen the police coming round the corner and he .. and didn't say nothing and that's when he shot me in my neck.

SUTTON: Okay. Let's slow down a little bit. You ran... did she call the police on you?

BRACKNELL: Yes ma'am.

SUTTON: Did you know she had called the police?

BRACKNELL: No ma'am.

SUTTON: You started out the door to go where? To the party?

BRACKNELL: I was waiting for my friend. I started out the door cause I seen the police pull up, so I started to go out the door to run.

SUTTON: Why were you going to run?

BRACKNELL: Cause I knew what she was going to tell the police. She was going to try to tell the police I hit her like usual.

SUTTON: And you hadn't hit so it... so, you just decided to run.

BRACKNELL: Yes ma'am.

SUTTON: And you ran behind the house?

BRACKNELL: I ran behind the house and jumped a couple of fences and came up ..up there where them townhouses are, and I jumped in the bushes.

SUTTON: The townhouses on Coliseum Blvd.? Next to that Sonic?

BRACKNELL: On the end............ end of Chisholm Street.

SUTTON: Okay, ah, and you got in some bushes next to a building?

2

#4

| | |
|---|---|
| BRACKNELL: | Next to one of the townhouses. And I was there for about five minutes and that's when the police came around. He didn't say nothing. He just shot. |
| SUTTON: | Kind of back up and tell me, you're laying in the bushes. It is... tell me what the weather is like. |
| BRACKNELL: | It's raining real bad. |
| SUTTON: | Is it raining hard? |
| BRACKNELL: | Yes ma'am. |
| SUTTON: | So, you're laying up against the building and you're covered by... it's actually some shrubs and some ivory there? Some ivory growing up the building? |
| BRACKNELL: | Yeah. |
| SUTTON: | And you're laying up against the building? |
| BRACKNELL: | Yes ma'am. |
| SUTTON: | Can you see out? Can you see what's going on out there? |
| BRACKNELL: | Not really. |
| SUTTON: | You can't see that well? Did you see the officer when he came around the corner? |
| BRACKNELL: | All I seen was the flashlight, so I knew it had to be the police cause they carry flashlights and I just heard a shot. |
| SUTTON: | Did the flashlight ever shine on you? |
| BRACKNELL: | Shined right beside me. That's it. It never just.. shined on me and stayed on me. Like I said, he never said a word to me. He just shot. |
| SUTTON: | How many shots? |
| BRACKNELL: | Just once in the neck. |
| SUTTON: | And what happened... once.. immediately after the went off, what happened? |
| BRACKNELL: | He ran up there and snatched me out of the bushes. |

PROPERTY OF ALABAMA BUREAU OF INVESTIGATION
COPY TO
FURNISHED BY
DATE

3

#4

| | |
|---|---|
| SUTTON: | And what did he do then? |
| BRACKNELL: | He said ah... |
| SUTTON: | Did you have a conversation with him? |
| BRACKNELL: | After that I said, why did you shoot me? He said.. ah.. he say... I thought you had a gun. I said, you know I didn't have no gun. He said, now I know and then he got real scared cause knowed that I didn't have no gun so he started talking to me real nice then. |
| SUTTON: | What was he saying to you? |
| BRACKNELL: | I.. just like, I'm sorry. I told him I didn't want to hear cause I know what you were trying to do. He said, and then he said ah... well at least won't have to start chase... I won't have to chase you no more. And I said, what does that mean. And he said, Don't worry about it. |
| SUTTON: | Did you know this officer? |
| BRACKNELL: | I know him by face. I done dealt with him a couple of times. |
| SUTTON: | Has he ever arrested you? |
| BRACKNELL: | Ah.. I'm not sure. |
| SUTTON: | Did he offer you medical assistance until the ambulance got on the scene? |
| BRACKNELL: | He just held my wound. |
| SUTTON: | Held your neck where you were bleeding? Mitchell, did you have a gun at any time that night? |
| BRACKNELL: | No ma'am. |
| SUTTON: | Did you have anything in your hand while you were in the bushes? |
| BRACKNELL: | Nothing. |
| SUTTON: | Were you holding your baseball cap? |
| BRACKNELL: | My hat was on my head ma'am. |
| SUTTON: | Did you have a plastic bag in your hand? |

4

BRACKNELL: No ma'am. I didn't have nothing in my hand.

SUTTON: Did he say anything to you when he turned the corner and saw you?

BRACKNELL: He didn't say nothing.

SUTTON: How far was he... when you turned the corner, walking down that .. between the two buildings...

BRACKNELL: From where he shot was at.. was probably from here to that wall.

SUTTON: So we're saying twelve feet? Six feet?

BRACKNELL: About ten.

SUTTON: About ten, he was about ten feet from you? Was he even with you or was he back up towards the Coliseum?

BRACKNELL: Backed up towards the Coliseum. Like I was laying right here. He wasn't straight in front of me. He was about like that. See what I'm saying?

SUTTON: So he was closer out to Coliseum...

BRACKNELL: Yeah.

SUTTON: ...than inside the alley way towards you.

BRACKNELL: (Positive response).

SUTTON: Were you moving? How did he see you?

BRACKNELL: I was being as still as possible. I guess he, when he .. when he flashlight came by he probably seen me or something. Cause I had a white T-shirt on.

SUTTON: Did you say anything to him....

BRACKNELL: I didn't say nothing...

SUTTON: .. like hey man, don't shoot me.

BRACKNELL: I didn't say nothing.. I, like I said, I had a big ole... I had an all-white shirt on with a red stop sign on it. And I didn't say nothing. He just shot me. And after he shot me, I said, what did you shoot me for? And then he came over and he said, damn I really did shoot you. And he .. that's when he said ah... well you won't be running from me that much no more. And

5

#4

|  |  |
|---|---|
| | I was just at him.. why did you shoot me? He said, I thought you had a gun. And I said, I ain't got no gun. I thought they was going to put a gun on me cause they had a bunch of people over there looking and they was talking that number language, whatever they be talking like. I said, man please don't put no gun over there on me if I didn't have no gun. He said, Mitchell, I know you had a gun. I said I didn't have no gun man. You can go over there and look. I say, you know I didn't have no gun. |
| SUTTON: | How clear could you see the officer when he shined his light on you? |
| BRACKNELL: | I knew it was the police. |
| SUTTON: | Did you just know that because they had been chasing you or could you see him? |
| BRACKNELL: | I could see him. I seen.. I mean, I seen his badge and stuff. I knew.... |
| SUTTON: | You could see the profile of his uniform and stuff. |
| BRACKNELL: | Yeah, he was wearing orange. |
| SUTTON: | Okay, yeah, because it was raining. How far did you run? |
| BRACKNELL: | Just a couple of houses up. Like five, six houses up. |
| SUTTON: | Matt, can you think of anything else we need to talk about? Ah, Mitchell, we're going to conclude the interview at this point. Ah, I got your home address and your telephone number and once you get out of the hospital, we'll come back and talk to you again. This is going to conclude the interview. The time is 4:47. Correction 4:57. |

PROPERTY OF ALABAMA BUREAU OF INVESTIGATION

COPY TO

FURNISHED BY

DATE