IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| MITCHELL BRACKNELL | § | |
| | § | |
| PLAINTIFF | § | JURY TRIAL DEMANDED |
| | § | |
| VS | § | CIVIL ACTION NO. 2:06CV268-VPM |
| | § | |
| THE CITY OF MONTGOMERY | § | |
| ALABAMA; and Don Favor | § | |
| DEFENDANTS | § | |

**MOTION TO CONTINUE SUMMARY JUDGMENT RESPONSE**
(Federal Rules of Civil Procedure, Rule 56(f))

Pursuant to Federal Rules of Civil Procedure, Rule 56(f), Plaintiff moves the Court to stay the plaintiff's response date to respond to the defendant's motion for summary judgment until such time as discovery may be completed or fourteen (14) days. Plaintiff's counsel is aware of the Middle District Local Rule regarding Rule 16 scheduling orders and dispositive motions.

1. Previously Scheduled Depositions Have Not Been Taken.
2. Defendant and Plaintiff attempted to conduct Depositions during October and due to a criminal state case which Defendant Don Favor and Plaintiff's counsel are both prosecution witnesses, the state criminal case was continued twice and the depositions were not taken at that time due to scheduling conflicts and were reset for November 21, 2006.
3. Thereafter, Defendants filed the Motion for Summary Judgment on October 26, 2006.
4. The Court has ordered Plaintiff to respond to Defendant's Motion for Summary Judgment by November 21, 2006.
5. Plaintiff's Counsel's father died on November 5, 2006 and Plaintiff's Counsel was not able to work for one week thereafter and lost the

ability to work on this matter and others during the week following his father's death.

6. Plaintiff's counsel will not have access to the contents of the Depositions to be conducted on November 21, 2006 before having to respond to the Defendant's Motion for Summary Judgment and other depositions may be necessary to adequately respond as well.

7. Plaintiff requires that the time to respond to Defendant's Motion for Summary Judgment be extended by fourteen (14) days.

8. Plaintiff's counsel has discussed the proposed extension of time with opposing counsel and he has no objection.

9. Attached herein is the affidavit of Plaintiff's counsel as exhibit "A".

Submitted this the 20th day of November 2006.

/s/J. Scott Hooper
J. Scott Hooper
Attorney for Plaintiff

of counsel:
The Hooper Law Firm, PC
P.O. Box 241493
Montgomery, AL 36124-1493
Phone Office: 334-271-1555
Phone Fax:   334-271-1552
jshooper@knology.net

Certificate of Service

I hereby certify that on the 20th day of November 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Wallace D. Mills
City of Montgomery Attorney's Office
P.O. Box 1111
Montgomery, AL 36101-1111

/s/J. Scott Hooper