**Exhibit "A"**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MITCHELL BRACKNELL § | |
| § | |
| PLAINTIFF § | |
| § | |
| VS § | CIVIL ACTION NO. 2:06CV268-VPM |
| § | |
| THE CITY OF MONTGOMERY § | |
| ALABAMA; and Don Favor § | AFFIDAVIT OF J. SCOTT HOOPER |
| DEFENDANTS § | |

STATE OF ALABAMA
COUNTY OF MONTGOMERY

In person appeared before the undersigned officer, duly authorized to administer oaths, J. Scott Hooper, who after being duly sworn, states under oath as follows:

1. I have personal knowledge of the facts set forth in this affidavit and am competent to testify to the matters set forth herein.
2. The Previously Scheduled Depositions Have Not Been Taken.
3. Defendant and Plaintiff attempted to conduct Depositions during October and due to a criminal state case which Defendant Don Favor and Plaintiff's counsel are both prosecution witnesses, the state criminal case was continued twice and the depositions were not taken at that time and were reset for November 21, 2006.
4. Thereafter, Defendants filed the Motion for Summary Judgment on October 26, 2006.
5. The Court has ordered Plaintiff to respond to Defendant's Motion for Summary Judgment by November 21, 2006.
6. Plaintiff's Counsel's father died on November 5, 2006 and Plaintiff's Counsel was not able to work for one week thereafter and lost the

ability to work on this matter and others during the week following his father's death.

7. Plaintiff's counsel will not have access to the contents of the Depositions to be conducted on November 21, 2006 before having to respond to the Defendant's Motion for Summary Judgment and other depositions may be necessary to adequately respond as well.

8. Plaintiff requires that the time to respond to Defendant's Motion for Summary Judgment be extended by fourteen (14) days.

9. Plaintiff's counsel has discussed the proposed extension of time with opposing counsel and he has no objection.

10. Further deponent saith not.

_____
J. SCOTT HOOPER

STATE OF ALABAMA
COUNTY OF MONTGOMERY

I, the undersigned notary public in and for said county in said state, hereby certify that J. Scott Hooper, whose name is signed to the foregoing affidavit, and who is known to me, after being fully informed of the contents of the instrument, signed and executed the same voluntarily after first being duly sworn by me on the date set forth below.

GIVEN under my hand and official seal, this the 20th day of November. 2006.

_____
NOTARY PUBLIC

My Commission Expires: 7.1.09