IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **MITCHELL BRACKNELL** § | |
| § | |
| **PLAINTIFF** § | |
| § | |
| **VS** § | **CIVIL ACTION NO. 2:06CV268-VPM** |
| § | |
| **THE CITY OF MONTGOMERY** § | |
| **ALABAMA; and Don Favor** § | |
| **DEFENDANTS** § | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

In accordance with the scheduling order Section 3, the counsel for the parties met on November 16, 2006 and did discuss settlement of this matter and the result was that no offer was made to settle by the Defendants in view of the pending motion for summary judgment and the case failed to settle.

As to mediation, no promise to mediate this case was made by Defendants but Plaintiff is not opposed to mediation.

Respectfully submitted this the 21st day of November 2006.

/s/J. Scott Hooper

The Hooper Law Firm, PC
P.O. Box 241493
Montgomery, AL 36124-1493
Phone Office: 334-271-1555
Phone Fax:   334-271-1552
jshooper@knology.net

## Certificate of Service

I hereby certify that on the 21st day of November 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Wallace D. Mills
City of Montgomery Attorney's Office
P.O. Box 1111
Montgomery, AL 36101-1111

/s/J. Scott Hooper