IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MITCHELL BRACKNELL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-268-VPM |
| | ) |
| THE CITY OF MONTGOMERY, *et al.* | ) |
| | ) |
|     Defendants, | ) |
| | ) |

## **ORDER**

Now pending before the court is the plaintiff's motion (doc. #28, filed November 20, 2006) to continue the deadline for a response to the defendants' motion for summary judgment (doc. #25, filed Oct. 26, 2006). For good cause, it is

ORDERED that the motion be and hereby is GRANTED, and it is further

ORDERED that the plaintiff shall have until December 5, 2006, to submit his response to the plaintiff's motion for summary judgment.

Done this 28th day of November, 2006.

                                             /s/ Wallace Capel, Jr.
                                             WALLACE CAPEL, JR.
                                             UNITED STATES MAGISTRATE JUDGE