MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery, Alabama

HON. WALLACE CAPEL, JR.

DATE COMMENCED: 1/26/07             DIGITAL RECORDING: 10:34 - 10:44

DATE COMPLETED: 1/26/07

MITCHELL BRACKNELL                    *       2:06cv268-WC

vs                                    *

THE CITY OF MONTGOMERY ALABAMA, et al

---

| PLAINTIFF/GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| John Scott Hooper | * | Wallace Damon Mills |

---

COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy
Monica Stump, Law Clerk

---

PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS:   FINAL PRETRIAL CONFERENCE

| Description | 2:06cr268-WC: Mitchell Bracknell vs. The City of Montgomery Alabama, et al: Final Pretrial Conference |
|---|---|
| Date | 1/26/2007 | Location | |

| Time | Speaker | Note |
|---|---|---|
| 10:34:58 AM | Court | Convenes |
| 10:35:08 AM | Court | Proposed Order discussed |
| 10:35:41 AM | Plaintiff | Plaintiff may have a conflict with court date |
| 10:36:59 AM | Court | File Joint Proposed Voir Dire; No long colloqy on objections; will allow attorneys to conduct some voir dire; 3 days for trial |
| 10:38:22 AM | Plaintiff | May file a motion in limine to exclude; defendant has no objections |
| 10:39:28 AM | Court | Plaintiff to send a proposed order with motion |
| 10:39:35 AM | Plaintiff/Deft | Discuss Plaintiff's criminal background |
| 10:43:27 AM | Court | 2/23/07 @ 10:00 a.m. pending motion hearing as to allowance of testimony; Joint list of Jury Instructions and any stipulated order prior to trial date |
| 10:44:59 AM | | Recess |