IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MITCHELL BRACKNELL, | ) |
|     Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-268-WC |
| THE CITY OF MONTGOMERY, et al. | ) |
|     Defendants, | ) |

## ORDER

Pursuant to the Pretrial Conference held on 26 January 2007, the parties are ORDERED that:

1. A pending Motions Hearing will be held on 23 February 2007 at 10 a.m. in Courtroom 5A, Montgomery, Alabama before the undersigned.

2. The parties will file joint proposed voir dire questions, jury instructions, and motions in limine (fully briefed), together with citations of law thereon, and any stipulated orders, on or before two weeks of the set trial date. The trial term and jury selection are presently set to commence on 26 February 2007 at 10:00 a.m. in Courtroom 5A, Montgomery, Alabama before the undersigned.

3. Counsel shall prepare at least four (4) copies of all exhibits, two of which shall be bound in tabbed notebooks in the order in which they will be presented. On the morning of the trial, counsel shall deliver one bound notebook containing all of the exhibits to the trial judge, and one unbound, official set of exhibits shall be delivered to the deputy clerk.[1] All exhibits, including the

---

[1] The deputy clerk is Mrs. Wanda Robinson.

official exhibits, shall be clearly and consistently pre-marked by numbers.[2]

4.	At the trial, counsel shall refrain from making "speaking objections." Counsel shall limit his or her objection to a short and concise statement of the legally cognizable ground.

5.	Requests for mediation must be made not later than two weeks after the date of this order.

DONE this 26th day of January, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE

---

[2] Counsel are admonished that it is the court's practice to admit all pre-noticed exhibits at the beginning of the trial unless a written objection has been filed on or before seven (7) days before the trial date.