IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MITCHELL BRACKNELL § | |
| § | |
| PLAINTIFF § | |
| § | |
| VS § | CIVIL ACTION NO. 2:06CV-268 |
| § | |
| THE CITY OF MONTGOMERY § | |
| ALABAMA; and Don Favor § | |
| DEFENDANTS § | |

## MOTION IN LIMINIE

    COMES Now Plaintiff, by and through counsel, and move this Honorable Court for an order to prohibit opposing counsel and defense witnesses from referring to or offering evidence concerning Plaintiff's current incarceration or the status of the current charges pending in Circuit Court of Montgomery County, Alabama against him.

    Further, Plaintiff requests of this court to prohibit opposing counsel and defense witnesses from asking questions or answering questions which will suggest that Plaintiff is presently incarcerated about matters unrelated to the issues in the current case.

    The above matters are so highly prejudicial to the Plaintiff that curative instructions cannot prevent a predispositional effect on the jury if allowed to be presented.

    Plaintiff request this motion be GRANTED.

Submitted this the 27th day of January 2007.

                                      /s/J. Scott Hooper
                                      J. Scott Hooper
                                      Attorney for Plaintiff

of counsel:
The Hooper Law Firm, PC
P.O. Box 241493
Montgomery, AL 36124-1493
Phone Office: 334-271-1555
Phone Fax:    334-271-1552
jshooper@knology.net

## Certificate of Service

I hereby certify that on the 27th day of January 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Wallace D. Mills
City of Montgomery Attorney's Office
P.O. Box 1111
Montgomery, AL 36101-1111

/s/J. Scott Hooper