**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 29, 2007

## NOTICE OF DEFICIENCY

**To:** John Hooper
**From:** Clerk's Office

**Case Style: Bracknell v. The City of Montgomery Alabama**

**Case Number: 2:06-cv-00268-WC**

**Referenced Pleadings: Motion In Limine - Doc. No. 38**

**The above referenced pleading was filed on today in accordance with amended Federal Rules of Civil Procedure 5(a).**

**The referenced pleadings did not contain a SIGNED certificate of service page stating that you have mailed the opposing counsel the same document filed in our court . Please send documents showing a SIGNED certificate of service pages with original signatures on the pleading and certificate of service pages.**

**The deficiency must be corrected within 10 days from the date of this notice.**

**Please submit to the Clerk's office by conventional means the above documents.**

**PLEASE DO NOT E-FILE THESE DOCUMENTS.**