IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MITCHELL BRACKNELL, )<br>  )<br>    Plaintiff, )<br>  )<br>v. )<br>  )<br>THE CITY OF MONTGOMERY, et al. )<br>  )<br>    Defendants, )<br>  ) | CIVIL ACTION NO. 2:06-CV-268-WC |

## **ORDER ON MOTION**

On 27 January 2007, Plaintiff filed a Motion in Limine requesting that this Court prohibit defense counsel and witnesses from referring to and offering evidence concerning Plaintiff's current incarceration or the status of current charges pending in the Circuit Court of Montgomery County, Alabama, against him during the upcoming jury trial in this case. Plaintiff also requests that the Court prohibit defense counsel and witnesses from asking questions or answering questions which would suggest that Plaintiff is presently incarcerated for matters unrelated to the issues presented in this case during the upcoming jury trial. Plaintiff maintains that the above matters will have a highly prejudicial effect on his cause. Counsel for Defendant, the City of Montgomery, consented to this motion during the Pretrial Conference held on 26 January 2007. For these reasons, it is therefore:

ORDERED that the motion is GRANTED. It is further

ORDERED that no evidence or statement shall be made by defense counsel or witnesses that would suggest Plaintiff is presently incarcerated or that new charges are pending in the Circuit Court of Montgomery County, Alabama, against him in the upcoming jury trial.

DONE this 29th day of January, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE