**NOTICE - ALL COUNSEL OF RECORD**

**Civil Jury Term commencing February 26, 2007 before Magistrate Judge Wallace Capel, Jr.**

Mitchell Bracknell vs. The City of Montgomery, Alabama, et al
2:06cv268-WC

_____       _____
John Scott Hopper (Plaintiff)                 Kimberly Owen Fehl (Defendant)


                                                              _____
                                                               Wallace Damon Mills (Defendant)


                                                              _____
                                                               Priscilla Black Duncan (Defendant Favor)