IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MITCHELL BRACKNELL, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06CV268-WC |
| | ) |
| THE CITY OF MONTGOMERY, et al. | ) |
| | ) |
|    Defendants, | ) |
| | ) |

# ORDER

On 12 February 2007, Defendants filed a Motion in Limine (Doc. #42). Defendants reference a "mobile data terminal transmission" as well as a "radio transmission" in their motion. Accordingly, it is

ORDERED that on or before 16 February 2007, Defendants shall file a transcript of these transmissions with the Court for its review. It is further

ORDERED that on or before 19 February 2007, Plaintiff shall file a response to the motion, together with a brief in opposition to the motion. Thereafter, the motion shall be deemed submitted, and the Court will not consider any further pleadings filed by the parties.

DONE this 12th day of February, 2007.

                                                      /s/ Wallace Capel, Jr.
                                                    WALLACE CAPEL, JR.
                                                    UNITED STATES MAGISTRATE JUDGE