**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION**

| | |
|---|---|
| MITCHELL BRACKNELL, ) | Case No.: 2:06-CV-268 |
| Plaintiff, ) | **DEFENDANTS' REQUESTED *VOIRE DIRE*** |
| vs. ) | |
| THE CITY OF MONTGOMERY, ) ALABAMA; and Officer DON FAVOR, in his ) individual capacity;, ) | |
| Defendant ) | |

COME NOW the City of Montgomery and William D. Favor, Defendants in the above-styled action, by and through undersigned counsel, and request that the following questions be asked of the jury panel prior to jury selection in the above case.

1.  Has anybody ever filed a claim for damages against a municipality or county? If so, against which city or county did you file it, and what did you claim damages for?

2.  Does anybody belong to, or subscribe to the beliefs espoused by, any organization which advocates the abolition of gun ownership? If so, which organization?

3.  Does anybody belong to any organization or movement which advocates the abolition of civil authority, or the removal of governmental restraints, or which advocates a theory of "self-ownership"?

4.  Has anybody ever been investigated for committing a crime or been questioned by law enforcement authorities in an investigation of a crime?

5.  Has anybody ever been arrested or detained by the Montgomery Police Department for anything besides a routine traffic violation?

      6. Has anybody ever had to call the police in a domestic violence situation? Has anybody ever had a friend or family member who had to call the police in a domestic violence situation?

      Respectfully submitted,

                                          /s/ Wallace D. Mills
                                          Wallace D. Mills (MIL 090)
                                          Attorney for Defendants

OF COUNSEL:
City of Montgomery Attorney's Office
P.O. Box 1111
Montgomery, AL 36101-1111
Phone: (334) 241-2050
Fax: (334) 241-2310

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 26th day of October, 2006, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

J. Scott Hooper
The Hooper Law Firm, P.C.
P.O. Box 230894
Montgomery, AL 36123-0894

and I hereby certify that I have also mailed by United States Postal Service the document to the above-named non-CM/ECF participants:

                                          /s/Wallace D. Mills
                                          Of Counsel