**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **MITCHELL BRACKNELL** | § | |
| | § | |
| **PLAINTIFF** | § | |
| | § | |
| **VS** | § | **CIVIL ACTION NO. 2:06CV-268** |
| | § | |
| **THE CITY OF MONTGOMERY** | § | |
| **ALABAMA; and Don Favor** | § | |
| **DEFENDANTS** | § | |

**PLAINTIFF'S PROPOSED VOIR DIRE EXAMINATION**

COMES NOW Plaintiff, by and through his attorneys of record, and requests the

Court to examine the jury venire as to the following matters:

1.    Does any member know Wallace Mills, Kimberly Fehl, or Pricilla Black Duncan?

2.    Does any member know J. Scott Hooper or any employee of The Hooper Law

Firm, PC, a Montgomery firm?

3.    Has any member ever worked in the legal profession, either as a lawyer,

paralegal, or any other employee of a law firm?

4.    Is any member related to any person who works, or has worked, in the legal

profession?

5.    Have you or has any member of your family ever been employed by any branch

of the government of Montgomery, Alabama?  If so, when and in what capacity?

6.    Have you or has any member of your family or any close friend ever been

employed by any law enforcement agency, including any police department,

sheriff's office or any other agency or organization that deals with law

enforcement?

7.    Have you or has any member of your family or any close friend ever been

employed by any correctional facility, including any jail, detention center, prison,

or military detention facility?

8.    Are you related to any law enforcement officer, regardless of the branch of

government for which he works?

9.    Are you acquainted with any employee of the Montgomery Police Department?

10.   Has any member of the venire ever voted for or contributed money to the Mayor

of Montgomery in any political race?

11.   Has any member of the venire or any family member or close friend ever been

incarcerated in a jail, prison, detention center, or other correctional facility?  If

you would like to tell the Court about it privately, please come forward after we

complete the rest of the examination of the venire.

12.   Does any member of the venire feel that a law enforcement officer is more likely

to be telling the truth on the stand than an ordinary citizen, if their accounts of the

same events differ?  (Follow up with positive responses).

13.   If two witnesses contradict each other and one is a law enforcement officer, are

there any of you who are more likely to believe the law enforcement officer than

the civilian witness?  (Follow up with positive responses).

14.   Whose feelings about police officers in general have changed since September

11th, 2001?  (Follow up with positive responses).

15.     Who among you feels that this country grants its citizens too many civil liberties?

        Do you agree those liberties need to be more restricted or limited?  (Follow up

        with positive responses).

16.     Who among you feel that this country is just too soft on criminals?

17.     Is there anyone who feels that a person who has been in jail is otherwise

        incarcerated deserves whatever he gets and shouldn't be heard to complain about

        his treatment?

18.     You're going to hear from some witnesses who have criminal histories.  Would

        you be inclined to disbelieve or discount what those witnesses tell you, just

        because they've been convicted of crimes?

19.     Have you ever been the victim of a crime?

20.     Have you ever had a relative or close friend arrested?

21.     Does any member of the venire work for an insurance company; if so, in what

        capacity?

22.     Is there anyone who would find it difficult to render a verdict against a law

        enforcement officer or would he or she hate to award money damages against

        such an officer?

23.     Is there anyone who would find it difficult to render a verdict against an agency of

        government or would hesitate to award money damages against an agency of

        government if the evidence otherwise warranted it?

24.     Has any member ever worked in a human resources or personnel department?

25.     Has any member ever been responsible for hiring, firing, or disciplining

        employees?

26.    Is there any member of the venire who is simply opposed to filing lawsuits?

27.    Does any member of the venire feel that too many frivolous lawsuits are filed?

28.    Is any member of the venire a member of any organization that seeks to limit

either lawsuits or damages awarded?  Are you a supporter of any such

organization?

29.    Does any member of the venire believe that the jury system is "out of control" or

that the right of a plaintiff to a trial by jury should be limited?

30.    Is there any member who feels that a person should not be able to come to court if

he feels his rights under the laws of the United States have been violated?

31.    Does any member feel that, if he serves, he will not be able to render a fair verdict

because of the issues or the people involved in this case?

32.    Is there any member of the venire who, for any other reason not addressed, feels

that he or she will be unable to serve as a juror in this case?

RESPECTFULLY SUBMITTED on this the ___12th___ day of February 2007.


**/s/J. Scott Hooper**
**J. Scott Hooper**
**Attorney for Plaintiff**

**of counsel:**
**The Hooper Law Firm, PC**
**P.O. Box 241493**
**Montgomery, AL 36124-1493**
**Phone Office: 334-271-1555**
**Phone Fax:    334-271-1552**
**jshooper@knology.net**

**Certificate of Service**

I hereby certify that on the **12<u>th</u>** day of February 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

**Wallace D. Mills
City of Montgomery Attorney's Office
P.O. Box 1111
Montgomery, AL 36101-1111**

<u>**/s/J. Scott Hooper**</u>