IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MITCHELL BRACKNELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06CV268-WC |
| | ) |
| THE CITY OF MONTGOMERY, et al. | ) |
| | ) |
| Defendants, | ) |
| | ) |

# ORDER

The parties are hereby ORDERED to schedule an appointment with Karlene Burkhard, Automation, ((334) 954-3600) on or before February 19, 2007, for automation training, if they intend to use the courtroom's technological equipment during the upcoming trial before the undersigned Magistrate Judge commencing February 26, 2007.

DONE this 14th day of February, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE