**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION**

| | |
|---|---|
| MITCHELL BRACKNELL, ) | Case No.: 2:06-CV-268 |
| ) | |
| Plaintiff, ) | **DEFENDANTS' RESPONSE TO** |
| ) | **COURTS' ORDER REGARDING** |
| ) | **TRANSMISSIONS OF RADIO AND MDT** |
| vs. ) | **TRAFFIC** |
| THE CITY OF MONTGOMERY, ) | |
| ALABAMA; and Officer DON FAVOR, in his ) | |
| individual capacity;, ) | |
| ) | |
| Defendant ) | |
| ) | |

COME NOW the city of Montgomery and William D. Favor, Defendants in the above-styled action, by and through undersigned counsel, and submit to the Court the requested transcript of the radio traffic and the print out of mobile data terminal information about which Don Favor is expected to testify at trial, and which is part of the subject of that pleading entitled Defendant's Motion In Limine to allow the use of such information in order to show the affect it had on Favor's state of mind in the moments leading up to the shooting which is the subject of this case.

Defendants do not propose to offer the attachments at trial. Rather, Favor is expected to testify about subject matter contained therein. Exhibit A, attached hereto contains the print-out of the information sent to Favor via his in-car mobile data terminal while he was en route to the call at 649 Chisholm Street. Exhibit B is a transcript of radio traffic on police channel one. The highlighted portions of that transcript are those communications which relate to the call that is the subject of this lawsuit. Only the information contained on the first four pages, however, will be used at trial; and that will be elicited through Favor's testimony to show the affect the information had on his state of mind immediately prior to and during the events in question.

    Respectfully submitted,

                                            /s/ Wallace D. Mills  
                                            Wallace D. Mills (MIL 090)  
                                            Attorney for Defendants

OF COUNSEL:  
City of Montgomery Attorney's Office  
P.O. Box 1111  
Montgomery, AL 36101-1111  
Phone: (334) 241-2050  
Fax: (334) 241-2310

## CERTIFICATE OF SERVICE

      I hereby certify that on the 16 day of February, 2007, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

J. Scott Hooper  
The Hooper Law Firm, P.C.  
P.O. Box 230894  
Montgomery, AL 36123-0894


and I hereby certify that I have also mailed by United States Postal Service the document to the above-named non-CM/ECF participants:

                                            /s/Wallace D. Mills  
                                            Of Counsel