```
================================================================
Send Time:      Sat Feb 25 19:04:59 2006
Source Name:         CDT1              User ID:         CDT1
Destination Name: RNC3                 User ID:         WF006
Message Name:        CAD_MSG           Terminal ORI:    AL00301T3
Unit Number:         CDT1              String Search:   All

Message:
XXsb<80>2A|)<00000080>2A|@<000107>TX   <0C> <00>19:04:59 02/25/06
UNIT: MDT233 DISPATCHED BY MJ092D
LOCN: 649 CHISHOLM ST

X ST: FAIRGROUND RD/ COLISEUM BLVD
VENU: MONTGOMERY      MAP : 3F14
TYPE:  10L    ABBV: 10L
PRTY: 1
INFO: WISPERING ON THE PHONE...HUNG
UP....CK FOR JU
ADDN: V POSS PLAYING ON THE PHONE
INC#: 200600035895 PD


CALD: 02/25/2006   CALT: 18:58:58
DSPD: 02/25/2006   DSPT: 19:00:09
PRIM: 206
NARR: RECEIVING ADDT'L 10L'S FROM THIS
  ADD

** HAZARDS EXIST **
WRNT ADR--BRACKNELL,MITCHELL,,
04/13/1982 CODE:FAIL POSSESS/DISPLAY
INS. (1

WRNT ADR--BRACKNELL,MITCHELL,,
04/13/1982 CODE:IMPROPER/NO TAIL LIGHTS

WRNT ADR--BRACKNELL,MITCHELL,,
04/13/1982 CODE:FAIL POSSESS/DISPLAY
INS. (1

WRNT ADR--BRACKNELL,MITCHELL,,
04/13/1982 CODE:IMPROPER/NO TAIL LIGHTS

PREV INC: 02/12/2006 200600027304 PD
SUBJECT STABBED OR CUT

PREV INC: 02/06/2006 200600023480 PD
DISTURBANCE FAMILY

 *EOM*
```