| | |
|---|---|
| Dspt: | 206 |
| Unit: | 206 Atlanta Highway and the Boulevard |
| Dspt: | 10-4 inaudible 'til I get anybody closer start en route 229 Chisholm Streets 10-Lima |
| Unit: | 629 Chisholm Street |
| Dspt: | gonna be a subject whispering on the phone hung up on the desk |
| Unit: | 238 |
| Dspt: | 238 |
| Unit: | 10-8 66 |
| Dspt: | 7 |
| Unit: | Check with 203 and see how much longer there gonna be. |
| Dspt: | 10-4 203 10-65 |
| Unit: | 203 |
| Dspt: | 10-4 How much longer you gonna be at Jackson? |
| Unit: | about 5 mike |
| Dspt: | 10-4 |
| Dspt: | 206 |
| Unit: | in route to headquarters(inaudible) |
| Dspt: | 233 |
| Unit 233: | Send me the call on Chisholm Street, I'll be en route to back up. |
| Dspt: | 10-4 |
| Unit: | 215, 10-17 (inaudible) |
| Dspt: | 10-4 |
| Unit: | 240 |
| Dspt: | 240 |
| Unit: | I'm 10-10, too |
| Dspt: | 10-4 |

| | |
|---|---|
| Dspt: | (2)33 |
| Unit 233: | look at the narrative does the victim say she was stabbed or cut or was it a male or female? |
| Dspt: | 233 you referring to the call on Chisholm Street? |
| Unit 233: | 10-4 |
| Dspt: | All the narrative is advising is whispering on the px possible juveniles playing on the phone.  It's not advising of any reference to a 35. |
| Unit 233: | 10-4 it's a previous call at same address evidently Bracknell is on the narrative here he's just arrested about a month ago. |
| Dspt: | 10-4 I'll check with the desk to see what the complainant was whispering when they called in. |
| Unit 228: | 228 also I think we just had a lookout on Mitchell again for an assault. |
| Dspt: | 10-4 228 |
| Unit: | 237 10-17 |
| Dspt: | 10-4 |
| Unit: | inaudible |
| Dspt: | 265 |
| Unit: | 10-10 |
| Dspt: | 10-4 |
| Dspt: | inaudible |
| Unit: | _____turn over to detectives _____riding by the district without 10-17 |
| Dspt: | That's a negative |
| Dspt: | Any calls |
| Unit: | 236 |
| Dspt: | 236 |
| Unit: | inaudible |
| Dspt: | Negative |
| Dspt: | Any callers |

| | |
|---|---|
| Unit: | 240 |
| Dspt: | 240 |
| Unit: | 10-4 inaudible |
| Dspt: | inaudible 212 |
| Unit: | 10-4 |
| Dspt: | 212 |
| Unit: | 212 10-8 |
| Dspt: | 206 |
| Unit: | 206 |
| Unit: | 10-4 Can you check with 233 and see what his 20 is? |
| Disp: | 233 |
| Unit 233: | 233 |
| Dspt: | Advise your 20 |
| Unit 233: | I'm on Chisholm Street now 300 block |
| Unit: | 10-4 206 you copy? |
| Unit: | That's 10-4.  I'm at Northern Boulevard and Highway 231.  I'll be with him shortly. |
| Dspt: | 205 |
| Unit: | 205 |
| Unit: | inaudible |
| Disp: | inaudible |
| Disp: | 281 |
| Unit 205: | I'm turning on Chisholm Street now. |
| Disp: | 10-4 281 |
| Unit: | 290 to 2 |
| Disp: | 290 |
| Unit: | inaudible |

| | |
|---|---|
| Disp: | 217 |
| Unit: | 217 Change this call to a 34 10-8 55 |
| Disp: | 10-4 34 |
| Unit: | 234 |
| Disp: | 6 26 51 for Rose |
| Unit: | 10-4 |
| Unit 233: | 233 |
| Disp: | 233 |
| Unit 233: | You advised 649? |
| Disp: | 10-4 |
| Disp: | desk clerk advised they could not understand what was being whispered on the px. |
| Unit 233: | 10-4 10-17 (Destination reached) |
| Disp: | 10-4 209 |
| Unit: | 209 |
| Disp: | East Patton Avenue Calhoun Market Code 24 |
| Unit: | Calhoun inaudible |
| Disp: | 82 17 |
| Unit: | inaudible |
| Disp: | Is everything 10-11? |
| Unit: | (204)10-4 Mitchell Bracknell wearing white shirt blue jeans red cap. (Inaudible) headed back toward Coliseum. |
| Disp: | 10-4 headed out the back white shirt, blue jeans |
| Unit: | 206 I copy I'm on Coliseum coming up on Chisholm. |
| Disp: | 10-4 |
| Unit: | 203 show me in route to there |
| Disp: | 10-4 203 |
| Unit: | 228 let's confirm a 77, (felony warrant)let's see if we can get K-9 in route. |

| | |
|---|---|
| Disp: | 10-4 143 |
| Unit: | 143 is going to be negative at this time we gotta inaudible five Mike |
| Disp: | 10-4 143 |
| Unit: | inaudible |
| Disp: | 205 |
| Unit: | 205 |
| Disp: | Everything 10-11 (situation under control)? |
| Unit: | 10-4 |
| Unit: | well let's see check with them and see if C49 is going to be closer to Fairground or Coliseum |
| Disp: | 205 |
| Unit: | 205 |
| Disp: | Will you advise if you are closer to Fairground or Coliseum? |
| Unit: | Coliseum |
| Disp: | inaudible |
| Disp: | 205 |
| Unit: | 205 |
| Disp: | Everything still 10-11? |
| Unit: | 10-4 |
| Disp: | 266 |
| Unit: | 266 (inaudible) over in (inaudible) |
| Disp: | switch to Channel two to have them resend it. |
| Disp: | 211 |
| Unit: | 211 Gibbs Village |
| Disp: | 1069 Gibbs Circle Apartment Bravo 10-Lima |
| Unit: | 1869 Gibbs |
| Disp: | inaudible 4713 Coventry Road 1912 |

| | |
|---|---|
| Disp: | 217 |
| Unit: | 217 inaudible |
| Disp: | 2620 Sunshine Drive 34-9 in progress |
| Unit: | inaudible Sunshine 34 |
| Disp: | 283 |
| Disp: | 226 inaudible you need to if he's in the area of 6600 Block of Heritage Oak Court acknowledge. |
| Unit: | 284 What district is that mam? |
| Disp: | District 20 |
| Unit: | 10-4 keep me on 10-10 and send me the call |
| Disp: | 10-4 you're an off duty officer. 6617 Heritage _____(inaudible). |
| Unit: | (inaudible)___ is declaring Unit 233 is on Detect 1 |
| Disp: | (inaudible)___10-9 |
| Unit: | Unit 233 is declaring 10-33 he's on detec 1 we can't get him to change um we're trying to get the address right now. |
| Dspt: | 10-4 |
| Unit: | _He's at_____ 1643 Coliseum Boulevard. |
| Dspt: | Any units can start to 1643 Coliseum Boulevard acknowledge. |
| Unit: | 202____ en route from headquarters _(inaudible)_____ |
| Unit: | 206, I'm 10-17 on Coliseum right now. |
| Unit: | I just heard Code 7 (shots fired)coming from that area. |
| Dspt: | 10-4. |
| Unit: | _(inaudible)_____ |
| Dspt: | 233, you advise to start the medics to the Coliseum?  233 |
| Unit: | Shot in the neck, 436 need a medic _(inaudible)_____ shot in the neck. |
| Unit: | 327 you copy him |
| Dspt: | 327, I can't copy anything except somebody covering 233, every time he tries he give me traffic. |
| Unit: | 436. |
| Dspt: | 436. |
| Unit: | _Don, _____ the patrol officers talking, on _detec 1_____ he's got a Code 6 (subject shot)to the neck on Coliseum, he needs a medic. |

Dspt:  10-4.  Paramedics and ambulance en route to 1641 Coliseum Boulevard on a Code 6.
Unit:  206.

Dspt:  206.
Unit:  10-4, myself, 203 and 205 are 10-17 with 233 be advised we have a Code 6 to Mitchell Bracknell to the neck.  Everything is 10-11 with 233.

Dspt:  That's 10-4, all units copy, everything is 10-11 with 233.  No more units need to start en route to Coliseum Boulevard.  206, 203 and 205 are 10-17, 1916 227.