IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **MITCHELL BRACKNELL** § | |
| § | |
| **PLAINTIFF** § | |
| § | |
| **VS** § | **CIVIL ACTION NO. 2:06CV268-VPM** |
| § | |
| **THE CITY OF MONTGOMERY** § | |
| **ALABAMA; and Don Favor** § | |
| **DEFENDANTS** § | |

**POTENTIAL WITNESSES OF PLAINTIFF**

COMES Now Plaintiff, by and through counsel, and submits the names of potential witnesses that may be called in this action named above:

1. **Mitchell Bracknell**
2. **Mary Bee Be Detamphayvanh**
3. **Don Favor**
4. **Custodian of Records of Jackson Hospital**
5. **Custodian of Records of Baptist Hospital East**
6. **Custodian of Records of Baptist Hospital South**
7. **Rhett Hooper**
8. **Any witness named by Defendants**
9. **Any person needed for rebuttal**
10. **Any person discovered to have relevant knowledge of facts in this case hereafter discovered**
11. **Any witness needed for impeachment**

/s/J. Scott Hooper

of counsel:
**The Hooper Law Firm, PC**
**P.O. Box 241493**
**Montgomery, AL 36124-1493**
**Phone Office: 334-271-1555**
**Phone Fax:    334-271-1552**
jshooper@knology.net

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the below named parties or attorneys on this __22nd__ day of February 2007.

**Wallace Mills**

/s/ J. Scott Hooper
**J. Scott Hooper**
**The Hooper Law Firm, PC**
**P.O. Box 230894**
**Montgomery, AL 36102-0894**
**(334) 271-1555 (Voice)**
**(334) 271-1552 (Fax)**
jshooper@knology.net