**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION**

| | |
|---|---|
| MITCHELL BRACKNELL, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:06-CV-268 |
| ) | |
| ) | **DEFFENDANT CITY OF** |
| vs. ) | **MONTGOMERY AND DON FAVOR'S** |
| THE CITY OF MONTGOMERY, ) | **WITNESS LIST** |
| ALABAMA; and Officer DON FAVOR, in his ) | |
| individual capacity; ) | |
| ) | |
| Defendant. ) | |

**COMES NOW** Defendant, and submits the following names of potential witnesses to be called in the trial of the above styled matter:

1. Major Ken Hallford – will call if need arises

2. Arthur D. Baylor – will call if need arises

3. Area Commander Lieutenant James Roberts – will call if need arises

4. Corporal Lynn L. Sutton – will call if need arises

5. Corporal Charles Wright – will call if need arises

6. Agent John W. Wall, Jr. – will call if need arises

7. Agent Angel Rodriguez – will call if need arises

8. Agent Matt Bowman– will call if need arises

9. Mary Bebe Detamehayvanh – will call if need arises

10. Sergeant William D. Favor – expected to be called at trial

11. Mitchell Bracknell – expected to be called at trial

12. All witnesses identified on Plaintiff's Witness List.

13. Any witnesses necessary for rebuttal.

14. Any witnesses necessary for impeachment.

15. Any witnesses discovered hereafter.

16. The Defendants, reserve the right to amend this witness list to the extent allowable by the Court if necessary.

Respectfully submitted,

/s/Wallace D. Mills
Wallace D. Mills (MIL 090)
Attorney for Favor and City

OF COUNSEL:
City of Montgomery Attorney's Office
P.O. Box 1111
Montgomery, AL 36101-1111
Phone: (334) 241-2050
Fax: (334) 241-2310

**CERTIFICATE OF SERVICE**

I hereby certify that the above witness list was originally served on Plaintiff on January 5, 2007, and that on the 22d day of February, 2007, I electronically filed the foregoing with the Clerk of the court as requested by the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

J. Scott Hooper
The Hooper Law Firm, P.C.
P.O. Box 230894
Montgomery, AL 36123-0894

/s/Wallace D. Mills
Of Counsel