IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MITCHELL BRACKNELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06CV268-WC |
| | ) |
| THE CITY OF MONTGOMERY, et al. | ) |
| | ) |
| Defendants, | ) |
| | ) |

# **ORDER**

Upon consideration of the oral Petition for Writ of Habeas Corpus Ad Prosequendum by the counsel for the plaintiff, MITCHELL BRACKNELL, on February 23, 2007, and for good cause shown, it is

ORDERED that the clerk of the court is DIRECTED to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to the Warden, Montgomery County Detention Facility, commanding him to deliver MITCHELL BRACKNELL to Alabama Department of Corrections or Montgomery County Deputy and directing said Officer to bring said prisoner before this Court to be held at Montgomery, Alabama, on February 26, 2007 [1] at 10:00 a.m. and to return said prisoner to said official when the Court shall have finished with him.

---

[1] The court would also request that the plaintiff, MITCHELL BRACKNELL, be brought to the Frank M. Johnson, Jr. United States Courthouse, One Church Street, Montgomery at 8:00 a.m. in order that the Plaintiff be allowed to dress and groom himself for the appropriate appearance before the court.

DONE this 23rd day of February, 2007.

WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE