MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery, Alabama

HON. WALLACE CAPEL, JR.

DATE COMMENCED: 2/23/07

DATE COMPLETED: 2/23/07

DIGITAL RECORDING: 10:09 - 10:44

MITCHELL BRACKNELL     *     2:06cv268-WC

vs                    *

THE CITY OF MONTGOMERY ALABAMA,
DON FAVOR             *

| PLAINTIFF/GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| John Scott Hopper | | Wallace Damon Mills |

**COURT OFFICIALS PRESENT:**

Wanda A. Robinson, Courtroom Deputy

**PROCEEDINGS:**

( ) JURY TRIAL
(x) OTHER PROCEEDINGS:   Motion Hearing

SEE MINUTES ATTACHED

| Description | 2:06cv268-WC: Mitchell Bracknell vs. The City of Montgomery Alabama: MOTION HEARING | |
|---|---|---|
| Date | 2/23/2007 | Location: Courtroom 5A |

| Time | Speaker | Note |
|---|---|---|
| 10:09:23 AM | Court | Convenes |
| 10:10:46 AM | Court | Discusses preliminary matters pertaining to Jury Trial; Raises issues as to Motion in Limine |
| 10:11:15 AM | Plaintiff | Responds |
| 10:13:29 AM | Court | Gives limits as to testimony allowed as relates to Motion in Limine |
| 10:13:54 AM | Defendant | Responds |
| 10:19:05 AM | Court | Will not allow reputation testimony; Will allow whispering of female on phone; will not allow previous domestic calls; Will allow testimony from officer BASED ON WHISPERING he believed he was going to a DOMESTICE DISTURBANCE; ARREST FOR THEFT testimony will not be allowed; |
| 10:25:59 AM | Deputy Clerk | ATTORNEYS informed as to Jury Selection Process |
| 10:27:08 AM | Court | Will allow that Officer was under the belief that there was a current warrant pending for plaintiff however prior history is not allowed |
| 10:28:37 AM | Plaintiff | Gives type of Warrant |
| 10:30:49 AM | Court | Discusses issue as to VOIR DIRE: Plaintiff # 10, 14, 24, 25 -STRICKEN; Defendant #5 allowed with follow up questions |
| 10:33:22 AM | Defendant | Raises Issues as to Exhibits because no opportunity to see them prior to today |
| 10:36:01 AM | Court | Discharge Summary, Picture of House - ALLOWED; Bureau of Prisons Report -Not Allowed; Disposition from Court (Page 1 Not Allowed); Remarks -ALLOWED ; Police Manual -ALLOWED |
| 10:41:33 AM | Court | Damages portion of trial bifurcated for a later time if ruling in favor of Plaintiff; Evidence in support issued at that time |
| 10:43:39 AM | Court | Hearing on the Record for Appeal; Explains Objection process |
| 10:44:39 AM | | Court in recess |