IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
[DIVISION] DIVISION

Mitchell Bracknell )
)
VS )   Civil Action No. 2:06cv268-WC
)
The City of Montgomey, et al )

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE WARDEN AND/OR KEEPER OF THE [Montgomery County Detention Facility]
AT [250 S. McDonough Street
Montgomery, AL 36104

AND

GREETINGS:

We command you, that you have the body of [Mitchell Bracknell], a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the courtroom of said court, in the city of [Montgomery, AL] on [2/26/07], at [10:00 a.m.], to answer charges pending in said court and for such other proceedings as may appear proper to the court; and therefore, that you return the said defendant to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT.

DONE, this the [23] day of [February, 2007]

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
BY: *[signature]*
Deputy Clerk