IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MITCHELL BRACKNELL, | ) |
|    Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-268-WC |
| THE CITY OF MONTGOMERY, *et al.* | ) ) ) |
|    Defendants. | ) ) ) |

## **ORDER ON MOTION**

On 12 February 2007, Defendant filed a Motion in Limine (Doc. # 42). Plaintiff opposed the motion (Doc. #52). The undersigned Magistrate Judge held a hearing on the motion on 23 February 2007, at 10:00 a.m. For the reasons stated on the record, it is:

ORDERED that the motion is GRANTED in part and DENIED in part. In particular, it is hereby:

ORDERED that the evidence provided in Paragraph (1)(a), is DENIED as speculative and prejudicial.

The evidence listed in Paragraph (1)(b) is GRANTED.

The evidence listed in Paragraph (1)(c) is GRANTED with a caveat that it be explained that there was no verification of an outstanding warrant with respect to Mitchell Bracknell.

The evidence listed in Paragraphs (2)(a) through (2)(c) is DENIED, as irrelevant and highly prejudicial.

The Court will rule on the evidence listed in Paragraph (3) on Monday, February 26, 2007, prior to trial.

Counsel has filed proposed voir dire for the jury trial. For the reasons stated on the record, Plaintiff's questions 10, 14, 24, and 25 are excluded. For the reasons stated on the record, Defendant's question 5 is permitted with follow-up questions to determine whether a bias exists.

For the reasons stated on record, Plaintiff's exhibits may be admitted with the exception of the Bureau of Investigation Report and the Disposition of the Municipal Court of Montgomery Report as irrelevant. If the information concerning Plaintiff's common law wife becomes relevant, the Court will rule on the admissibility of this evidence at that time.

Neither party opposed bifurcation of the trial. Thus, the Court will bifurcate the trial as to the issue of damages. The Court will instruct the jury accordingly.

Defendant has preserved his objections as to the issues ruled upon today.

DONE this 23rd day of February, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE