IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MITCHELL BRACKNELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-268-WC |
| THE CITY OF MONTGOMERY, *et al.* | ) ) ) |
| Defendants, | ) ) |

### VERDICT FORM - LIABILITY

### ACTIONS AGAINST DEFENDANT FAVOR

**1. Violation of Fourth Amendment Right to be Free from Excessive Use of Force**

Do you find defendant Don Favor liable for violating the plaintiff's constitutional right to be free from excessive force?

_____ Yes     ✓ No

**2. Negligence**

Do you find defendant Don Favor liable for negligently shooting the plaintiff?

_____ Yes     ✓ No

**3. Assault and Battery**

Do you find defendant Don Favor liable for assault and battery against the plaintiff?

_____ Yes     ✓ No

### ACTIONS AGAINST THE CITY OF MONTGOMERY

**1. Negligence**

Do you find the City of Montgomery liable for negligently training or supervising defendant Don Favor?

_____ Yes     ✓ No

SO SAY WE ALL.

_____          _____2-27-7_____
Foreperson                                Date