## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

HON. WALLACE CAPEL, JR.                           AT

DATE COMMENCED: 2/26/07                           AT

DATE COMPLETED: 2/27/07                           AT

MITCHELL BRACKNELL

VS.                                               CIVIL CASE NO. 2:06cv268-WC

THE CITY OF MONTGOMERY, AL

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| JOHN SCOTT HOOPER | | WALLACE DAMON MILLS |

---

**COURT OFFICIALS PRESENT:**

COURTROOM DEPUTY: Wanda A. Robinson        LAW CLERK: Monica Stump
COURT REPORTER: Anita Griffith

---

**JURORS:**

1. Pamela Belser Milton              5. Virginia Wingard Bennett
2. April E. Winton                   6. Donna Dean Edwards
3. Stephen Craig Pyle                7. John Gatson, Jr.
4. Margaret A. Gandy                 8. Phillip Craig Bridges

Alternates:                          I HEREBY CERTIFY THAT THE

9. Carlos Mack Dean                  ABOVE-NAMED JURORS SERVED

10. Stephanie Lynn Boling            IN THIS CASE ON  2/26/07-2/27/07

_____
COURTROOM DEPUTY

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| | |
|---|---|
| **Description** | 2:06cv268-WC: MITCHELL BRACKNELL vs. THE CITY OF MONTGOMERY AL, et al: JURY TRIAL |
| **Date** | 2/26/2007 |
| **Location** | |

| Time | Speaker | Note |
|---|---|---|
| 10:12:03 AM | Court | Convenes; Jury Selection |
| 11:03:14 AM | | Jury Sworn and Preliminary Instructions |
| 11:11:54 AM | Court | Addresses Motion in Limine as to Common Law Wife's Statement as Evidence; Evidence is admitted |
| 11:17:51 AM | | 5-Minute Break |
| 11:31:52 AM | | Court Reconvenes |
| 11:32:08 AM | Plaintiff | Opening Statement |
| 11:38:09 AM | Defendant | Opening Statement |
| 11:49:03 AM | | Break for Lunch |
| 1:00:17 PM | | Court Reconvenes |
| 1:00:34 PM | Defendant | Issue of Medical Records further addressed |
| 1:03:14 PM | Defendant | Invokes the Rule |
| 1:05:52 PM | Plaintiff | Calls Witness Kristen Devine, witness sworn and testifies |
| 1:07:03 PM | Defendant | Questions Witness |
| 1:12:36 PM | Plaintiff | Questions Witness |
| 1:13:47 PM | Court | Witness Excused, Exhibit 5 Admitted |
| 1:14:45 PM | Plaintiff | Calls Witness Rhett Scott Hooper; Witness sworn and testifies |
| 1:23:51 PM | | Exhibits 1,2,3,4 Admitted |
| 1:24:22 PM | Defendant | Cross-Examines Witness |
| 1:24:45 PM | | Witness Excused |
| 1:25:47 PM | Plaintiff | Bee Be Mary Detamphayvanh called; witness sworn and testifies |
| 1:35:50 PM | | Jury Excused, Witness Excused, Court Addresses Counsel |
| 1:38:38 PM | | Jury Returns; witness continues testimony |
| 1:39:56 PM | Defendant | Cross-Examines Witness |
| 1:41:39 PM | | Witness Excused |
| 1:42:20 PM | Plaintiff | Calls Witness Mitchell Bracknell; Witness sworn and testifies |
| 1:57:20 PM | Defendant | Cross-Examines Witness |
| 2:05:34 PM | | Witness Excused |
| 2:05:51 PM | | Plaintiff Rests |
| 2:06:08 PM | Court | Jury Excused |
| 2:06:58 PM | Defendant | Defendant Don Favor's Oral Motion for Directed Verdict |
| 2:37:10 PM | | Reconvenes |
| 2:37:24 PM | Court | ORAL ORDER - Denying Defendant Don Favor's Oral Motion for Directed Verdict |
| 2:39:57 PM | Plaintiff | ORAL MOTION regarding exclusion of Juror |
| 2:42:39 PM | Court | Questions witness as to the motion - 8:30 a.m. Motion Hearing |
| 2:45:28 PM | | Jury Re-enters; Jury Excused for the day; Parties excused for the day |

| Description | 2:06cv268-WC: ORAL ARGUMENT on Motion for Mistrial and Continuation of Jury Trial | |
|---|---|---|
| Date | 2/27/2007 | Location |

| Time | Speaker | Note |
|---|---|---|
| 8:48:09 AM | Court | Convenes |
| 8:49:07 AM | Court | Orally Reviews Oral Motion for Mistrial followed by a written motion; Gives Case law as to the Issue-MOTION DENIED |
| 8:58:36 AM | | Jury Enters |
| 8:59:18 AM | Plaintiff | Moves to Admit Exhibit 6 |
| 9:00:05 AM | Court | Admits Exhibit 6 and explains to the Jury the specific use of the exhibit for trial purposes |
| 9:00:31 AM | Defendant | Calls Witness Don Favor; Witness Sworn and testifies |
| 9:35:28 AM | Court | Instructs Jury to strike a portion of testimony after brief sidebar regarding other investigation as to Mitchell Bracknell |
| 9:37:01 AM | | Witness Don Favor continues testimony |
| 9:39:18 AM | Plaintiff | Cross-Examines Witness Don Favor |
| 10:11:22 AM | | 5 Minute Break |
| 10:19:18 AM | Court | Reconvenes without the Jury |
| 10:19:32 AM | Court | Discusses Exhibit 6 allow to rules uses of force; Legal Aspects will be redacted |
| 10:21:50 AM | Court | Jury Re-enters; Court explains the exclusion of Case Law from previously admitted Exhibit 6 |
| 10:22:45 AM | Plaintiff | Continues Cross-Examines Witness Don Favor |
| 10:26:01 AM | Defense | Re-Directs Witness Don Favor |
| 10:34:57 AM | Plaintiff | Further Questions Witness Don Favor |
| 10:37:39 AM | Defendant | Further Questions Witness Don Favor |
| 10:38:04 AM | | Witness Excused; Defendant Rests |
| 10:38:24 AM | Plaintiff | Gives closing argument |
| 10:48:58 AM | Defense | Gives closing argument |
| 11:00:09 AM | Court | Informs Jury to disregard portions of closing arguments regarding sympathy after sidebar |
| 11:00:51 AM | Defense | Continues with closing |
| 11:04:16 AM | | Jurors released for lunch until 12:30 p.m. |
| 11:06:13 AM | | Court prepares for Jury Instructions |
| 11:12:59 AM | | Attorneys released for lunch until 12:00 p.m. |
| 1:36:50 PM | | Court Reconvenes |
| 1:38:57 PM | Court | All exhibits clarified as admitted |
| 1:41:12 PM | Courtroom Deputy | Alternate Jurors Released |
| 1:41:49 PM | Court | Gives Instructions to the Jury |
| 2:07:08 PM | | Jury released for deliberations |
| 2:08:48 PM | Court/Dft | Discussion of Discretionary Function Immunity in behalf of defendant City of Montgomery as stated in Jury Instructions |
| 2:14:30 PM | | Counsel released for deliberations |
| 4:01:16 PM | | Court Reconvenes |
| 4:02:54 PM | Foreperson | Reads Verdict |
| 4:04:40 PM | Court | to Issue a Judgment |
| 4:04:58 PM | | Court in Recess |