# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

MITCHELL BRACKNELL

V.

The City of Montgomery Alabama, et al

**PLAINTIFF'S EXHIBIT LIST**

Case Number: 2:06cv268-WC

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| WALLACE CAPEL, JR. | John Scott Hooper | Wallace Damon Mills |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 2/26/07 - 2/27/07 | Anita Griffith | Wanda A. Robinson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2/26/07 | x | x | Photo of Alley |
| 2 | | 2/26/07 | x | x | Photo of bush in Alley |
| 3 | | 2/26/07 | x | x | Photo of bullet wound |
| 4 | | 2/26/07 | x | x | Close-Up Photo of bullet wound |
| 5 | | 2/26/07 | x | x | Baptist Health Discharge Instructions for Mitchell Bracknell Dated 2/27/06 |
| 6 | | 2/27/07 | x | x | Montgomery Police Department's Rules - Use of Force |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | EXHIBIT IN SEPARATE ENVELOPE WITH COURT FILE |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of      1      Pages