IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

MITCHELL BRACKNELL        *
                          *
VS.                       *         2:06cv268-WC
                          *
THE CITY OF MONTGOMERY ALABAMA

## WITNESS LIST

| PLAINTIFF/GOVERNMENT | DEFENDANT |
|---|---|
| 1. Kristen Devine | 5. Don Favor |
| 2. Rhett Scott Hooper | |
| 3. Mary Bee Be Detamphayvanyh | |
| 4. Mitchell Bracknell | |