IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MITCHELL BRACKNELL, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06CV268-WC |
| | ) |
| THE CITY OF MONTGOMERY, *et al.* | ) |
| | ) |
|    Defendants, | ) |
| | ) |

# JUDGMENT

On the 27th day of February, 2007, after this cause had been submitted to a jury, a verdict was returned as follows:

**ACTIONS AGAINST DEFENDANT FAVOR**

1. **Violation of Fourth Amendment Right to be Free from Excessive Use of Force**

    Do you find defendant Don Favor liable for violating the plaintiff's constitutional right to be free from excessive force?
    ___ Yes          __x___ No

2. **Negligence**

    Do you find defendant Don Favor liable for negligently shooting the plaintiff?
    ____ Yes          __x___ No

3. **Assault and Battery**

    Do you find defendant Don Favor liable for assault and battery

    against the plaintiff?
    \_\_\_ Yes     \_\_x\_\_\_ No

### ACTIONS AGAINST THE CITY OF MONTGOMERY

**1.   Negligence**

    Do you find the City of Montgomery liable for negligently training or supervising defendant Don Favor?
    \_\_\_ Yes     \_\_x\_\_\_ No

                                              /s/ Stephen Craig Pyle
                                              FOREPERSON

It is therefore the ORDER, JUDGMENT, and DECREE of the Court that this case is DISMISSED with prejudice.

    Done this 28th day of February, 2007.

                                              /s/ Wallace Capel, Jr.
                                              WALLACE CAPEL, JR.
                                              UNITED STATES MAGISTRATE JUDGE